UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIANA KIRKLAND,<br><br>   *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP,<br><br>   *Defendant.* | Case No. 1:22-cv-00034-AMP |

## MOTION TO DISMISS

Defendant Donald J. Trump respectfully moves this Court for dismissal of all claims pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). The absolute immunity of the presidency bars this action.

In support of this motion, Mr. Trump submits the accompanying memorandum, which is fully incorporated herein. For these foregoing reasons, as well as those contained in the accompanying memorandum. Defendant moves that the Court dismiss Plaintiff's Complaint, in its entirety with prejudice.

Dated: March 21, 2022

Respectfully submitted,

*/s/ Jesse R. Binnall*
Jesse R. Binnall (VA022)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com

*Attorney for Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on March 21, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jesse R. Binnall*
Jesse R. Binnall

*Attorney for Donald J. Trump*
