UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIANA KIRKLAND,<br><br>      *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP,<br><br>      *Defendant.* | Case No. 1:22-cv-00034-AMP |

## NOTICE OF APPEAL

      Defendant Donald J. Trump hereby gives notice of his appeal to the United States Court of Appeals for the D.C. Circuit from this Court's Order entered on August 2, 2022, denying Defendant's Motion to Dismiss, particularly with respect to his defense of Absolute Immunity. (Dkt. No. 15).

Dated: August 26, 2022

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

Dated: August 26, 2022            /s/ Jesse R. Binnall
                                                 Jesse R. Binnall

*Counsel for President Donald J. Trump*